IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| REGINALD TRENT ROSE, § | |
|     Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO.4:05-CV-388-Y |
| § | |
| COLE JETER, Warden, § | |
| FMC-Fort Worth, § | |
|     Respondent. § | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS</u>

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner Reginald Trent Rose, along with the November 2, 2005, findings, conclusions, and recommendation of the United States Magistrate Judge. The magistrate judge gave the parties until November 23 to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation of the United States Magistrate Judge filed on November 2, 2005. The Court concludes that the petition for writ of habeas corpus should be dismissed for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Respondent Jeter's August 29, 2005, motion to dismiss [docket no. 9] is GRANTED.

Reginald Trent Rose's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED for lack of jurisdiction.

SIGNED November 30, 2005.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE